No. 777.  WORSLEY v. WORSLEY.  April 1, 1935.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. James C. Crouch* for petitioner.  No appearance for respondent.

No. 781.  FLANNIGAN v. NEBRASKA.  April 1, 1935.  Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. William Ritchie, Jr.,* for petitioner.  No appearance for respondent.

No. 789.  EDWARDS v. ADERHOLD, WARDEN.  April 1, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Edison J. Edwards, pro se.*  No appearance for respondent.

No. 719.  WOLFE ET AL. v. INTERNATIONAL RE-INSURANCE CORP.  April 1, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied, for the reason that application therefor was not made within the time provided by law.  Act of February 13, 1925, § 8 (a), (43 Stat. 936, 940; U. S. Code, Title 28, § 350).  *Mr. Wendell P. Barker* for petitioners.  *Mr. Alfred C. Bennett* for respondent.